

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-23-00064-CV

Jo Ann **RIVERA** and Philip Martin Ross,
Appellants

v.

**SWAMINARAYAN GURUKUL-USA., ET AL**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-13129
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating that the appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court on or before **February 10, 2023** that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court